NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SHURE INCORPORATED,**
*Appellant*

v.

**CLEARONE, INC.,**
*Appellee*

———————————

2022-1498

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. PGR2020-00079.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    SHURE INCORPORATED v. CLEARONE, INC.


(2) Each side shall bear their own costs.

FOR THE COURT

January 3, 2023
       Date                    /s/ Peter R. Marksteiner
                               Peter R. Marksteiner
                               Clerk of Court


**ISSUED AS A MANDATE:** January 3, 2023